AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. Sections 22529a)(4)(B) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
10 years imprisonment; $250,000 fine; lifetime supervised release and $100 special assessment

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
► NATHAN CHARLES CAREY

**DISTRICT COURT NUMBER**
CR08-0038 CW

---

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   ANDREW S. HUANG, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction
6) ☐ Awaiting trial on other charges     } ☐ Fed'l ☒ State

If answer to (6) is "Yes", show name of institution
CONTRA COSTA COUNTY JAIL

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

**DATE OF ARREST** ►    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3                                                              **FILED**

4                                                              JAN 2 9 2008

5                                                              RICHARD W. WIEKING
                                                               CLERK, U.S. DISTRICT COURT
6                           E-filing                           NORTHERN DISTRICT OF CALIFORNIA
                                                                        OAKLAND

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11  UNITED STATES OF AMERICA,        )    No. CR 08-0038  CW
                                     )
12         Plaintiff,                )    VIOLATION: 18 U.S.C. § 2252(a)(4)(B) –
                                     )    Possession of Child Pornography
13         v.                        )
                                     )    OAKLAND VENUE
14  NATHAN CHARLES CAREY,            )
                                     )
15         Defendant.                )
                                     )
16  _____)

17                              I N F O R M A T I O N

18  The United States Attorney charges that:

19         On or about May 31, 2005, in the Northern District of California, the defendant,

20                              NATHAN CHARLES CAREY,

21  did knowingly possess matters which contained visual depictions that had been shipped and

22  transported in interstate and foreign commerce, by any means including by computer, and which

23  were produced using materials that had been transported and shipped in interstate and foreign

24  commerce, knowing that the producing of such visual depictions involved the use of a minor

25  engaging in sexually explicit conduct and that such visual depictions were of such conduct, all in

26  violation of Title 18, United States Code, Section 2252(a)(4)(B).

27  //

28  //

    INFORMATION

FORFEITURE ALLEGATION (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

Upon conviction of the offense alleged in this Information, the defendant,

NATHAN CHARLES CAREY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all property, real and personal, used and intended to be used to commit and promote the commission of the offenses of conviction, including but not limited to the following items that were seized from defendant on May 31, 2005:

    a.    Two Maxtor computer hard drives, serial numbers Y2L8WTFE and Y405GFSE; and

    b.    One generic, non-branded, desktop CPU tower-style computer, housing two Maxtor computer hard drives, serial numbers Y2L8WTFE and Y405GFSE.

DATED: January 27, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Division

(Approved as to form: _____ 1/28/2008)
ANDREW S. HUANG
Assistant United States Attorney

INFORMATION