```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  ANDREW S. HUANG (CSBN 193730)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340S
 6       Oakland, California 94612
         Telephone: (510) 637-3680
 7       Facsimile: (510) 637-3724
         E-Mail: andrew.huang@usdoj.gov
 8
    Attorneys for Plaintiff
 9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                          OAKLAND DIVISION
13  UNITED STATES OF AMERICA      )  No. CR 08-0038 CW
                                  )
14           Plaintiff,            )  PETITION FOR AND WRIT OF HABEAS
                                  )  CORPUS AD PROSEQUENDUM
15       v.                       )
                                  )
16  NATHAN CHARLES CAREY,         )
                                  )
17           Defendant.            )
                                  )
18
19       TO:  The Honorable Maria-Elena James, United States Magistrate Judge of the United
                States District Court for the Northern District of California:
20
21       Assistant United States Attorney Andrew S. Huang respectfully requests that this Court
22  issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, NATHAN
23  CHARLES CAREY, whose place of custody and jailor are set forth in the requested Writ,
24  attached hereto.  The prisoner is required as the defendant in the above-entitled matter in this
25  //
26  //
27  //
28  //
```

1 | petitioner prays that this Court issue the Writ as presented.

2 | Dated: February 19, 2008              Respectfully submitted,

3 |                                       JOSEPH P. RUSSONIELLO
  |                                       United States Attorney
4 |                                       Northern District of California

5 |

6 |                                       _____/s/_____
  |                                       ANDREW S. HUANG
7 |                                       Assistant United States Attorney

8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |