UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> NATHAN CHARLES CAREY, <br>     Defendant. | No. CR 08-0038 <br> [PROPOSED] <br> ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, NATHAN CHARLES CAREY, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on March 12, 2008, and before the Hon. Claudia Wilken, United States District Court Judge, at 2:00 p.m. on March 12, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: _____

                                                  Hon. MARIA-ELENA JAMES <br>
                                                United States Magistrate Judge