| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | OAKLAND DIVISION |

UNITED STATES OF AMERICA, ) No. CR 08-0038
)
    Plaintiff, ) [PROPOSED]
) ORDER FOR WRIT OF HABEAS CORPUS AD
    v. ) PROSEQUENDUM
)
NATHAN CHARLES CAREY, )
)
    Defendant. )
_____)

    Upon motion of the United States of America, and good cause appearing therefore,

    IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, NATHAN CHARLES CAREY, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on March 12, 2008, and before the Hon. Claudia Wilken, United States District Court Judge, at 2:00 p.m. on March 12, 2008, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

Dated: _____

                                                      Hon. MARIA-ELENA JAMES
                                                      United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO L. ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and Sheriff Warren E. Rupf, Contra Costa County, Martinez Detention Facility or an other Contra Costa County detention facility:

GREETINGS

WE COMMAND that on Wednesday, March 12, 2008, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of NATHAN CHARLES CAREY (Booking # 2007003031), in your custody in the Martinez Detention Facility, or any other Contra Costa County facility, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California, in order that NATHAN CHARLES CAREY may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and then appear at 2:00 p.m. on the same day in the Courtroom of the Hon. Claudia Wilken, United States District Judge, for a change of plea hearing, and that immediately after said hearings to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: February _____, 2008

                                                  CLERK, UNITED STATES DISTRICT COURT
                                                  NORTHERN DISTRICT OF CALIFORNIA

By: _____
     DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0038 CW