1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mail: andrew.huang@usdoj.gov
8
   Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                         OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 08-0038 CW
                                     )
14         Plaintiff,                )   STIPULATION RE RESETTING OF
                                     )   INITIAL APPEARANCE AND CHANGE
15     v.                            )   OF PLEA HEARINGS AND [PROPOSED]
                                     )   ORDER
16  NATHAN CHARLES CAREY             )
                                     )
17         Defendant.                )
                                     )
18

19      The United States, by and through its counsel, Joseph P. Russoniello, United States
20  Attorney for the Northern District of California, and Andrew S. Huang, Assistant United States
21  Attorney, and defendant, by and through his counsel, Jerome Matthews, Assistant Federal Public
22  Defender, hereby agree as follows:
23      The defendant was originally set for an initial appearance before the Honorable Wayne D.
24  Brazil, Magistrate Judge, on March 12, 2008 at 10:00 a.m. and a change of plea hearing before
25  the Honorable Claudia Wilken, District Court Judge, at 2:00 p.m. on March 12, 2008.  Due to
26  unforeseen logistical difficulties, defendant was not transported from his present place of
27  custody, the Contra Costa County Martinez Detention Center, to the courthouse and,
28  consequently, did not make his appearances.

STIPULATION RE RESETTING OF HEARINGS
No. CR 08-0038 CW

1  The parties jointly request that this Court reset those hearings as follows: an initial
2  appearance before Magistrate Judge Brazil at 10:00 a.m. on March 19, 2008 and a change of plea
3  hearing before Judge Wilken at 2:00 p.m. on March 19, 2009.

4  DATED:      March 17, 2008                    Respectfully submitted,

5                                                JOSEPH P. RUSSONIELLO
                                                  United States Attorney
6

7
                                                  _____/s/_____
8                                                 ANDREW S. HUANG
                                                  Assistant United States Attorney
9

10

11 DATED:      March 14, 2008                    _____/s/_____
                                                  JEROME MATTHEWS
12                                                Counsel for Nathan Charles Carey

STIPULATION RE RESETTING OF HEARINGS
No. CR 08-0038 CW

[PROPOSED] <u>ORDER</u>

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the defendant appear and that the following hearings in this matter be RESET as follows before the United States District Court in and for the Northern District of California, 1301 Clay Street, Oakland, California:

1) An initial appearance before the Honorable Wayne D. Brazil, United States Magistrate, at 10:00 a.m. on March 19, 2008; and

2) A change of plea hearing before the Honorable Claudia Wilken, United States District Judge, at 2:00 p.m. on March 19, 2008.

exercise of due diligence.

Dated: March ____, 2008

 

        WAYNE D. BRAZIL
        United States Magistrate Judge

STIPULATION RE RESETTING OF HEARINGS
No. CR 08-0038 CW