1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0038 CW |
|     Plaintiff, ) | STIPULATION RE RESETTING OF |
| ) | INITIAL APPEARANCE AND CHANGE |
|     v. ) | OF PLEA HEARINGS AND ORDER |
| ) | |
| NATHAN CHARLES CAREY ) | |
|     Defendant. ) | |
| ) | |

    The United States, by and through its counsel, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Andrew S. Huang, Assistant United States Attorney, and defendant, by and through his counsel, Jerome Matthews, Assistant Federal Public Defender, hereby agree as follows:

    The defendant was originally set for an initial appearance before the Honorable Wayne D. Brazil, Magistrate Judge, on March 12, 2008 at 10:00 a.m. and a change of plea hearing before the Honorable Claudia Wilken, District Court Judge, at 2:00 p.m. on March 12, 2008. Due to unforeseen logistical difficulties, defendant was not transported from his present place of custody, the Contra Costa County Martinez Detention Center, to the courthouse and, consequently, did not make his appearances.

STIPULATION RE RESETTING OF HEARINGS
No. CR 08-0038 CW

1  The parties jointly request that this Court reset those hearings as follows: an initial appearance before Magistrate Judge Brazil at 10:00 a.m. on March 19, 2008 and a change of plea hearing before Judge Wilken at 2:00 p.m. on March 19, 2009.

DATED: March 17, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ANDREW S. HUANG
Assistant United States Attorney

DATED: March 14, 2008

_____/s/_____
JEROME MATTHEWS
Counsel for Nathan Charles Carey

STIPULATION RE RESETTING OF HEARINGS
No. CR 08-0038 CW

1
2
3

## ORDER

4

Based on the reasons provided in the stipulation of the parties above, the Court hereby

5

ORDERS that the defendant appear and that the following hearings in this matter be RESET as

6

follows before the United States District Court in and for the Northern District of California,

7

1301 Clay Street, Oakland, California:

8

1) An initial appearance before the Honorable Wayne D. Brazil, United States

9

Magistrate, at 10:00 a.m. on March 19, 2008; and

10

2) A change of plea hearing before the Honorable Claudia Wilken, United States District

11

Judge, at 2:00 p.m. on March 19, 2008.

12

exercise of due diligence.

13

Dated: March 17, 2008

14
15
16

_____
WAYNE D. BRAZIL
United States Magistrate Judge

17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE RESETTING OF HEARINGS
No. CR 08-0038 CW