| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 8 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 3/19/08 10:15:16-10:23:54 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>3/19/08 | NEW CASE ☐ | CASE NUMBER<br>CR-08-00038-CW |

### APPEARANCES

| DEFENDANT<br>NATHAN CHARLES CAREY | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Andrew Huang | INTERPRETER<br>None | | | ☒ FIN. AFFT TO BE SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Silvio Lugo | | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>3 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>1 Min HELD | ☒ ARRAIGNMENT<br>4 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ TIMING OF DETENTION HRG WAIVED BY THE DEFT | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**FILED MAR 19 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 3/19/08 | ☒ ADVISED OF CHARGES 3/19/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☒ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | | | |
|---|---|---|---|

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>3/19/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:00 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☒ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>CLAUDIA WILKEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The deft. was sworn in by the Court re: the information that he'll provide in his financial affidavit form. The Court said that the deft's atty. can submit the deft's fin. affidavit form to the Court later after it's been completed with no court appear. required from the deft. The deft. waived the timing of his Detention Hrg. The deft. was ordered detained. The deft. reserves his rights to have his Detention Hrg. -- if and when he believes it will be on his best interest to put his Detention Hrg. back on calendar later.

cc: WDB's Stats, Sheilah, Pretrial

DOCUMENT NUMBER: