O AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 08 00038 CW

I, NATHAN CHARLES CAREY, the above named defendant, who is accused of

18 U.S.C. 2252(a)(4)(B) -- Poessession of Child Pornography

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___3/19/2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____  3/19/08
       Judicial Officer