UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
MAR 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Diane Skillman
Date: 3/19/08

Plaintiff: United States

v.                                          No.  CR-08-00038 CW

Defendant:  Nathan Charles Carey (present - in custody)

Appearances for Plaintiff:
Andrew Huang

Appearances for Defendant:
Jerome Matthews

Interpreter:

Probation Officer:

Speedy Trial Date:

Hearing:  Change of Plea

Notes:    This was the defendant's first appearance before District Judge.  Defendant enters under oath Rule 11 (c)(1)(C) plea of guilty to the single count Information charging possession of child pornography in violation of 18 USC 2252(a)(4)(B).  Plea Agreement filed.  Court finds factual basis for plea; Court accepts plea.  PSR requested.  **Sentencing set for 6/11/08 at 2:00 p.m.**

Copies to: Chambers; probation