UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number       CR-08-00038 CW
Defendant's Name  Nathan Charles Carey
Defense Counsel   Jerome Matthews
Referral Date     3/19/08
Sentencing Date   6/11/08                    @ 2:00 pm

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a           __X__  Presentence Investigation

_____  Pre-Plea Report

_____  Bail Investigation

_____  Bail Supervision

_____  Postsentence Investigation

_____  4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S,</u> **before leaving the Courthouse today** to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: ___SHEILAH CAHILL___
Deputy Clerk

for use of Courtroom Deputies:       )
                                     )
  Is defendant in custody:    yes    )
                                     )
  Is defendant English-       yes    )
  speaking?                          )
                                     )

cc: U. S. Probation