JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone:  (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail:     andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0038 CW |
|     Plaintiff, ) | UNITED STATES' SENTENCING MEMORANDUM |
| v. ) | |
| NATHAN CHARLES CAREY, ) | Hearing Date:  June 11, 2008<br>Hearing Time:  2:00 p.m. |
|     Defendant. ) | |

On March 19, 2008, defendant Nathan Charles Carey pled guilty to one count of possessing child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), pursuant to a Plea Agreement with the government under Federal Rule of Criminal Procedure 11(c)(1)(C).  On May 28, 2008, the United States Probation Office ("USPO") disclosed its final presentence report ("PSR").  Under the terms of the Plea Agreement and taking into consideration the factors listed under 18 U.S.C. § 3553(a), the government hereby states its position with respect to sentencing.

While the government agrees that the PSR correctly sets forth the sentencing calculations under the Sentencing Guidelines, the government submits that the 78-month term of imprisonment agreed upon by the parties in the Plea Agreement is appropriate in the present case.

*See* Plea Agreement ¶8. The parties' Plea Agreement was achieved in conjunction with disposition of the defendant's charges in <u>People of the State of California v. Nathan Charles Carey</u>, No. 05-070320-7 (Contra Costa County Superior Court), and the term of imprisonment imposed in the present case is intended to run consecutive to the sentence imposed in the defendant's state case. The defendant is presently set to be sentenced in his state case on June 16, 2008. Under the terms of his plea agreement with the state, he will plead guilty to 13 counts of child molestation and receive 14 years imprisonment. Consequently, a 78-month term of imprisonment is, therefore, appropriate to reflect the seriousness of the defendant's offense, to provide just punishment, and to protect the public from further crimes of the defendant. The term of imprisonment will also hopefully provide the defendant with a sufficient period of time to obtain the mental health counseling he will need.

For the reasons stated above, the government respectfully requests that the Court sentence the defendant to 78 months imprisonment, to be followed by 20 years of supervised release, and order that the defendant register as a sex offender and pay the $100 special assessment.

DATED: June 3, 2008                    Respectfully submitted,


                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney


                                       _____/s/_____
                                       ANDREW S. HUANG
                                       Assistant United States Attorney