BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant NATHAN CAREY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08 0038 CW |
|---|---|---|
| Plaintiff, | ) | NATHAN CAREY'S SENTENCING MEMORANDUM |
| vs. | ) | |
| | ) | Date: June 11, 2008 |
| NATHAN CAREY, | ) | Time: 2:00 p.m. |
| Defendant. | ) | |

    Nathan Carey joins the government in recommending that the Court sentence him to 78 months custody. The parties' agreement was reached as part of an overall disposition that comprised both the federal case and a state case in which sentence will be imposed in the very near future. The discussions leading to this global disposition comprehended the entirety of offense conduct presented by both cases, and the parties attempted to address the respective goals of the state and federal sentencing schema in apportioning the overall sentence length among the two cases. For these reasons, Mr. Carey agrees with the government that a 78 month sentence meets the factors set forth in 18 U.S.C. §3553(a), irrespective of the sentencing range prescribed by the guidelines.

SEN MEMO                      1

1    For the reasons stated, Nathan Carey respectfully requests that the Court sentence him to
2    a term of 78 months.

4    Dated: June 4, 2008

                                                Respectfully submitted,

                                                BARRY J. PORTMAN
                                                Federal Public Defender

                                                        /S/

                                                JEROME E. MATTHEWS
                                                Assistant Federal Public Defender