UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 6/11/08

**Plaintiff:**  United States

**v.**                                                              **No.**  CR-08-00038 CW

**Defendant:**  Nathan Charles Carey (present - in custody)

**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**

**Probation Officer:**
Brian Casai

**Speedy Trial Date:**

**Hearing:   Sentencing**

**Notes:**    Defendant has not been sentenced in state court yet which is currently set for 6/16/08 in Contra Costa County.  **Sentencing continued to 6/25/08 at 2:00 p.m.**  If defendant not sentenced on 6/16, sentencing will have to be put over.

Copies to: Chambers