1 JOSEPH P. RUSSONIELLO (CABN 44332)
  United States Attorney
2
3 BRIAN J. STRETCH (CSBN 163973)
  Chief, Criminal Division
4 ANDREW S. HUANG (CSBN 193730)
  Assistant United States Attorney
5
6    1301 Clay Street, Suite 340S
     Oakland, California 94612
     Telephone: (510) 637-3680
7    Facsimile: (510) 637-3724
     E-Mail: andrew.huang@usdoj.gov
8
  Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                       OAKLAND DIVISION

13 UNITED STATES OF AMERICA      )   No. CR 08-0038 CW
                                 )
14           Plaintiff,          )   PETITION FOR AND WRIT OF HABEAS
                                 )   CORPUS AD PROSEQUENDUM
15       v.                      )
                                 )
16 NATHAN CHARLES CAREY,         )
                                 )
17           Defendant.          )
                                 )
18

19    TO:   The Honorable Bernard Zimmerman, United States Magistrate Judge of the
            United States District Court for the Northern District of California:
20

21    Assistant United States Attorney Andrew S. Huang respectfully requests that this Court

22 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, NATHAN

23 CHARLES CAREY, whose place of custody and jailor are set forth in the requested Writ,

24 attached hereto. The prisoner is required for sentencing as the defendant in the above-entitled

25 //
26 //
27 //
28 //

1 | matter in this petitioner prays that this Court issue the Writ as presented.

2 | Dated: June 19, 2008        Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
    United States Attorney
4 | Northern District of California

6 | _____/s/_____
7 | ANDREW S. HUANG
    Assistant United States Attorney

|   |   |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | TO: FEDERICO L. ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and Sheriff Warren E. Rupf, Contra Costa County, Martinez Detention Facility or an other Contra Costa County detention facility: |

GREETINGS

WE COMMAND that on Wednesday, June 25, at 2:00 p.m., you have and produce the body of NATHAN CHARLES CAREY (Booking # 2007003031), in your custody in the Martinez Detention Facility, or any other Contra Costa County facility, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Claudia Wilken, United States Magistrate, 1301 Clay Street, Oakland, California, in order that NATHAN CHARLES CAREY may then appear for his sentencing hearing upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearings to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Bernard Zimmerman, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: June _____, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0038 CW