UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NATHAN CHARLES CAREY,<br><br>  Defendant. | No. CR 08-0038 CW<br><br>[PROPOSED]<br>ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, NATHAN CHARLES CAREY, for sentencing before the Hon. Claudia Wilken, United States District Court Judge, at 2:00 p.m. on June 25, 2008, is granted, and the Writ shall be issued as presented.

Dated: _____

                                            Hon. BERNARD ZIMMERMAN<br>                                            United States Magistrate Judge