UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATHAN CHARLES CAREY,<br><br>　　　　Defendant. | No. CR 08-0038 CW<br><br>[PROPOSED]<br>ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

　　　Upon motion of the United States of America, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, NATHAN CHARLES CAREY, for sentencing before the Hon. Claudia Wilken, United States District Court Judge, at 2:00 p.m. on June 25, 2008, is granted, and the Writ shall be issued as presented.

Dated: 6/19/08

　　　　　　　　　　　　　　　　　　　　　　　Hon. BERNARD ZIMMERMAN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　Hon. Nandor J. Vadas

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 08-0038 CW

1  THE PRESIDENT OF THE UNITED STATES OF AMERICA

2  TO: FEDERICO L. ROCHA, United States Marshal, Northern District of California, and/or any
of his authorized deputies, and Sheriff Warren E. Rupf, Contra Costa County, Martinez
3  Detention Facility or an other Contra Costa County detention facility:

4  GREETINGS

5  WE COMMAND that on Wednesday, June 25, at 2:00 p.m., you have and produce the

6  body of NATHAN CHARLES CAREY (Booking # 2007003031), in your custody in the

7  Martinez Detention Facility, or any other Contra Costa County facility, before the United States

8  District Court in and for the Northern District of California, in the Courtroom of the Hon.

9  Claudia Wilken, United States Magistrate, 1301 Clay Street, Oakland, California, in order that

10 NATHAN CHARLES CAREY may then appear for his sentencing hearing upon the charges

11 heretofore filed against him in the above-entitled Court, and that immediately after said hearings

12 to return him forthwith to said above-mentioned institution or abide by such order of the above-

13 entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to

14 produce said prisoner at all times necessary until the termination of the proceedings in this Court;

15 IT IS FURTHER ORDERED that should the local or state custodian release from its

16 custody the above-named person, he be immediately delivered and remanded to the United States

17 Marshal and/or his authorized deputies under this Writ.

18 WITNESS the Hon. Bernard Zimmerman, United States Magistrate Judge, United States

19 District Court for the Northern District of California.

20 DATED: June  19 , 2008

21                                    CLERK, UNITED STATES DISTRICT COURT
                                       NORTHERN DISTRICT OF CALIFORNIA
22

23
                              By: _____
24                                 DEPUTY CLERK, ROSE MAHER

25

26

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0038 CW