UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 6/25/08

FILED
JUN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

**Plaintiff:** United States

**v.**                                                    **No.** CR-08-00038 CW

**Defendant:** Nathan Charles Carey (present - in custody)

**Appearances for Plaintiff:**
Andrew Huang

**Appearances for Defendant:**
Jerome Matthews

**Probation Officer:**
Brian Casai

Hearing: Sentencing

**Notes:** Defendant and counsel have read PSR; no factual disputes. Defendant received 14 years in state case. Court abides by the plea agreement. Court finds Offense Level 28, Criminal History II, leading to a Guideline Range of 87-108 months. Based on the binding plea agreement and the length of the state sentence which will run consecutive, the Court departs downward and sentences the defendant to 78 months custody of the BOP (to run consecutive to 14 years imposed by state court) to be followed by 20 years supervised release under the usual terms and conditions and the special conditions as set forth in the PSR. No find imposed due to lack of ability to pay a fine. Defendant to pay $100 special assessment due immediately; if the defendant is unable to pay the special assessment immediately, it shall be paid through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of $25 per quarter. Court will not recommend state facility for service of federal sentence. Any remaining counts are dismissed. Defendant remanded to custody of U.S. Marshal. See J&C for details.

Copies to: Chambers